IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>M. JOHNSON, et al.,<br><br>　　　　　　　　　　　　Defendants. | 1:05-cv-00086-OWW-NEW (DLB) PC<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 27) |

　　　Defendants' request for an extension of time to respond to Plaintiff's complaint was considered by this Court, and good cause appearing:

　　　IT IS HEREBY ORDERED that Defendants have **thirty (30) days** from the date of service of this order within which to respond to Plaintiff's complaint.

　　　IT IS SO ORDERED.

　　　Dated: ___**July 25, 2007**___　　　　　　　___/s/ **Dennis L. Beck**___
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE