# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>            Plaintiff,<br><br>     v.<br><br>M. JOHNSON, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. 1:05-cv-00086-OWW-NEW (DLB) PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LANKFORD<br><br>(Doc. 32)<br><br>ORDER DIRECTING CLERK'S OFFICE TO ENTER DEFAULT AGAINST DEFENDANT LANKFORD, AND SERVE COURTESY COPY OF THIS ORDER AT ADDRESS PROVIDED |

Plaintiff Bryan E. Ransom ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2007, plaintiff filed a motion seeking the entry of default against defendant Lankford.

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). Defendant Lankford waived service of the summons and his response to plaintiff's complaint was due on or before July 26, 2007. Fed. R. Civ. P. 6(e); Court Doc. 24. To date, defendant Lankford has not filed a response and plaintiff is entitled to entry of default against him.

///
///
///

1  Based on the foregoing, plaintiff's motion seeking entry of default against defendant
2  Lankford, filed August 9, 2007, is HEREBY GRANTED. The Clerk's Office shall enter default
3  against defendant Lankford and shall serve a courtesy copy of this order on:

        D. Lankford
        1515 "S" St., Ste.351
        P. O. Box 942883
        Sacramento, California 94283-0001.[1]

IT IS SO ORDERED.

  **Dated:**   **August 21, 2007**　　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This is the address provided by plaintiff for defendant and to which the waiver was mailed.

2