# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:05-cv-00086-OWW-NEW (DLB) PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT |
| v. | |
| M. JOHNSON, et al., | (Doc. 67) |
| Defendants. | |

On August 24, 2007, defendants Adams, Alameida, Arroyo, Atkinson, Bennett, Burruel, Cabral, Carey, Case, Cheema, DeGroot, Diaz, Duran, Flores, Hulsey, Johnson, Mayo, McDowell, Meske, Pear, Pina, Pliler, Rosario, Santos, Scribner, Stockman, Tennison, Vance, Bremner, and Kalvelage ("defendants") filed a motion seeking a thirty-day extension of time to file a response to the complaint.

Good cause having been shown, defendants' motion is HEREBY GRANTED, and defendants have **thirty (30) days** from the date of service of this order within which to file a response.[1]

IT IS SO ORDERED.

Dated: **September 10, 2007**          **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Lankford also moved for an extension of time. However, default has been entered against him and his motion to set aside default has not yet been deemed submitted. Local Rule 78-230(m).

1