IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN RANSOM,**<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**M. JOHNSON, et al.,**<br><br>　　　　　　　　Defendants. | CASE NO.: 1:05-cv-00086-OWW-**GSA** (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Document #94) |

　　Defendants' first request for an extension of time to respond to Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing,

　　IT IS HEREBY ORDERED, that Defendants have until December 14, 2007, to file and serve their opposition.

IT IS SO ORDERED.

**Dated: November 26, 2007**　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1