IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN RANSOM,

        Plaintiff,        CV F 05 0086 OWW GSA P

   vs.                  ORDER RE MOTION (DOC 96)

M. JOHNSON, et al.,

        Defendants.

    Defendants have requested an extension of time in which to file responses to Plaintiff's discovery requests. Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted an extension of time to January 2, 2008, in which to file responses to Plaintiff's discovery requests.

IT IS SO ORDERED.

**Dated: December 6, 2007**                          **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

1