IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN RANSOM,**<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**M. JOHNSON, et al.,**<br><br>　　　　　　　　Defendants. | 1:05-cv-00086-OWW-GSA (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**<br><br>(Document #96) |

　　　　Defendants' request for an extension of time to respond to Plaintiff's discovery requests was considered by this Court, and good cause appearing:

　　　　IT IS HEREBY ORDERED that Defendants have until December 29, 2007, to respond to Plaintiff's discovery requests.

DATED: December 17, 2007　　　　　　　　　　　　Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　　GARY S. AUSTIN
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge