IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>M. JOHNSON, et al.,<br><br>　　　　　　Defendants. | 1:05-cv-0086-OWW-GSA PC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

　　　　Defendants' request for an extension of time to respond to Plaintiff's discovery requests was considered by this Court, and good cause appearing:

　　　　IT IS HEREBY ORDERED that Defendants have until February 1, 2008, to respond to Plaintiff's discovery requests.

IT IS SO ORDERED.


**Dated: January 7, 2008**　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE