IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>M. JOHNSON, et al.,<br><br>　　　　　　　Defendants. | 05-cv-0086-OWW-GSA (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　Defendants' third request for an extension of time to respond to Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing,

　　　IT IS HEREBY ORDERED, that Defendants have until January 21, 2008, to file and serve their opposition.

IT IS SO ORDERED.

**Dated: January 15, 2008**　　　　　　　　　　／s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order Granting Defendants' Third Request for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment

1