IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN RANSOM,

        Plaintiff,        CV F 05 0086 OWW SMS PC

    vs.        ORDER

M. JOHNSON, et al.,

        Defendants.

Defendants have filed a third request for extension of time to respond to Plaintiff's discovery requests. Good cause appearing, IT IS HEREBY ORDERED that Defendants are granted an extension of time to February 11, 2008, to respond to the discovery requests noted in the February 1, 2008, request for extension of time.

IT IS SO ORDERED.

**Dated: February 5, 2008**                                /s/ **Sandra M. Snyder**
                                                                   UNITED STATES MAGISTRATE JUDGE