# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. JOHNSON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00086-OWW-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Docs. 34 and 79) |

　　　　Plaintiff Bryan E. Ransom ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On October 5, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any Objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on October 17, 2007.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed October 5, 2007, is adopted in full; and

///

2. Plaintiff's motion for preliminary injunctive relief, filed August 9, 2007, is denied.

IT IS SO ORDERED.

**Dated:   February 19, 2008**              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE