# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:05-cv-00086-OWW-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION FOR CONFIRMATION OF FILING, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF THE DOCKET |
| v. | |
| M. JOHNSON, et al., | (Doc. 75) |
| Defendants. | |
| _____/ | |

On September 13, 2007, Plaintiff Bryan E. Ransom ("Plaintiff") filed a motion seeking verification of the filing of three documents. Plaintiff contends that he included stamped envelopes with the submissions.

Plaintiff's motion for confirmation of filing is GRANTED, and the Clerk's Office shall send Plaintiff a copy of the docket.


IT IS SO ORDERED.

**Dated:     April 14, 2008          _____/s/ Gary S. Austin_____**
                                    UNITED STATES MAGISTRATE JUDGE