# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:05-cv-00086-OWW-GSA PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS BREMNER AND KALVELAGE TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT WITHIN FIFTEEN DAYS OR DEFAULT WILL BE ENTERED |
| v. | |
| M. JOHNSON, et al., | |
| Defendants. | (Docs. 38 and 45) |

_____/

The Attorney General's Office returned waivers of service of summons for Defendants Bremner and Kalvelage on August 10, 2007.  (Docs. 38, 45.)  However, Defendants have not filed a response to the amended complaint and counsel for the other defendants appears unaware that representation was requested by Bremner and Kalvelage.  (E.g., Doc. 109, footnote 1.)

Within **fifteen (15) days** from the date of service of this order, Defendants Bremner and Kalvelage  shall file a response to Plaintiff's amended complaint or default will be entered against them.

IT IS SO ORDERED.

**Dated:   April 14, 2008**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1