# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:05-cv-00086-OWW-GSA PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PROVIDE FURTHER INFORMATION ON DEFENDANTS CANTON, GARCIA, MADRENO, AND WILLIAMS WITHIN THIRTY DAYS |
| v. | |
| M. JOHNSON, et al., | |
| Defendants. | (Docs. 69, 70, 100, 101) |

On May 21, 2007, the Court issued an order directing the United States Marshal to initiate service on thirty-eight defendants. To date, thirty-two defendants have responded to the amended complaint and two have been ordered to respond to the amended complaint. However, service was returned un-executed as to the remaining four defendants, Canton, Garcia, Madreno and Williams. The Court has reviewed the USM-285 forms completed by the Marshal's Office and deems it necessary to seek further identifying information from Plaintiff. If possible, records in Plaintiff's possession that contain the defendants' names would be of the most use. Alternatively, Plaintiff may provide information regarding their assignments, either the most recent known to Plaintiff or at the time of the events at issue in this action.

///
///
///
///
///

1

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff shall provide any identifying information that he possesses with respect to Defendants Canton, Garcia, Madreno and Williams.

IT IS SO ORDERED.

**Dated:** **April 14, 2008**              /s/ **Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE