# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:05-cv-00086-OWW-GSA PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S SECOND MOTION FOR AN EMERGENCY PRELIMINARY INJUNCTION/TRO |
| v. | |
| M. JOHNSON, et al., | (Doc. 98) |
| Defendants. | |

Plaintiff Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 10, 2007, Plaintiff filed a second motion seeking an "emergency" preliminary injunction/temporary restraining order. Plaintiff seeks an order mandating that prison officials retain him in the Security Housing Unit pending resolution of this action, and submit his case factors to the sentencing court.

The purpose of a preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the moving party that justice requires the Court to intervene to secure the positions until the merits of the action are ultimately determined. University of Texas v. Camenisch, 451 U.S. 390, 395 (1981). Plaintiff was previously informed by this Court that because the claims in this action arise from the past conduct of Defendants, the pendency of this action does not confer upon the Court a jurisdictional basis upon which to issue any orders directing at remedying Plaintiff's current conditions of confinement. (Docs. 79, 111.) Accordingly, Plaintiff's motion for preliminary injunctive relief, filed December 10, 2007, is HEREBY DENIED. 18 U.S.C. § 3626(a)(1)(A); City

///

of Los Angeles v. Lyons, 461 U.S. 95, 101, 103 S.Ct. 1660, 1665 (1983); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

IT IS SO ORDERED.

**Dated:   April 14, 2008**                          /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE