# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>            Plaintiff,<br><br>    v.<br><br>M. JOHNSON, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-cv-00086-OWW-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF ARREST WARRANTS<br><br>(Doc. 33) |

On August 9, 2007, Plaintiff Bryan E. Ransom ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed an objection to the appearance of the State Attorney General's Office on behalf of Defendants, and a motion seeking the issuance of arrest warrants for thirteen of the defendants named in this action. The filing is entitled, in part, a criminal complaint.

Plaintiff's objection to the appearance of the Attorney General's Office as counsel for Defendants is without merit. Further, Plaintiff may not file a criminal complaint. 28 U.S.C. § 547; Ivey v. National Treasury Employees Union, No. 05-1147 (EGS), 2007 WL 915229, *5 (D.D.C. Mar. 27, 2007). The decision to prosecute prison officials for criminal misconduct rests neither with Plaintiff nor with the Court. Plaintiff may contact the appropriate law enforcement agency if he wishes to be heard concerning alleged criminal conduct.

///
///
///

Plaintiff's motion for the issuance of arrest warrants based on his self-titled criminal complaint is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   April 14, 2008**                              /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE