1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  BRYAN E. RANSOM,                          CASE NO. 1:05-cv-00086-OWW-GSA PC

10              Plaintiff,                   ORDER EXTENDING APPLICATION OF
                                            DISCOVERY AND SCHEDULING ORDER
11        v.                                TO DEFENDANTS BREMNER AND
                                            KALVELAGE
12  M. JOHNSON, et al.,
                                            (Docs. 124)
13              Defendants.
                                    /
14

15        Defendants Bremner and Kalvelage filed an answer on April 29, 2008.  Application of the

16  discovery and scheduling order filed on April 15, 2008, is HEREBY EXTENDED to Defendants

17  Bremner and Kalvelage.

18

19        IT IS SO ORDERED.

20     **Dated:**   **May 2, 2008**          **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

1