# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>           Plaintiff,<br><br>      v.<br><br>M. JOHNSON, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:05-cv-00086-OWW-GSA PC<br><br>ORDER DENYING MOTION TO TRANSFER COMPLAINT FILED IN 2:08-CV-01225 TO THIS ACTION<br><br>(Doc. 138) |

On June 12, 2008, Plaintiff filed a motion requesting that the complaint in 2:08-cv-01225-WBS-GGH *Ransom v. Albritton, et al.* be filed in this action as a supplemental complaint. Plaintiff asserts that he did not intend to file a new action.

If Plaintiff wishes to amend or supplement, he is required to file a motion seeking leave of court, along with a proposed amended or supplemental complaint. Plaintiff may not amend or supplement as a matter of right, and the motion must be supported with a particularized showing of the grounds for amendment or supplementation. Fed. R. Civ. P. 7(b)(1) & 15(a),(d).

Plaintiff's motion to transfer the complaint in 2:08-cv-01225 to this action, filed June 12, 2008, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **June 18, 2008**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1