1  EDMUND G. BROWN JR.
   Attorney General of the State of California
26 DAVID S. CHANEY
   Chief Assistant Attorney General
27 FRANCES T. GRUNDER
   Senior Assistant Attorney General
28 DAVID A. CARRASCO
   Supervising Deputy Attorney General
   JEFFREY STEELE
   Deputy Attorney General
   State Bar No. 124688
     1300 I Street, Suite 125
     P.O. Box 944255
     Sacramento, CA 94244-2550
     Telephone: (916) 323-1937
     Fax: (916) 324-5205
     Email: Jeff.Steele@doj.ca.gov

Attorneys for Defendant Meske

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN RANSOM,**<br><br>                                      Plaintiffs,<br><br>v.<br><br>**M. JOHNSON, et al.,**<br><br>                                      Defendants. | CASE NO.: 1:05-cv-00086-OWW-GSA PC<br><br>**ORDER GRANTING DEFENDANT MESKE'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS (Doc. 143)** |

Defendant Meske's request for an extension of time to respond to Plaintiff's Interrogatories and Request for Production of Documents was considered by this court, and good cause appearing,

IT IS HEREBY ORDERED that Defendant has until July 21, 2008 to respond to Plaintiff's Interrogatories and Request for Documents.

IT IS SO ORDERED.

Dated:   **June 23, 2008**           /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE