IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN RANSOM,**<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**M. JOHNSON, et al.,**<br><br>　　　　　　Defendants. | 1:05-cv-0086-OWW-GSA (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

　　　　Defendants' first request for an extension of time to file objections to the Magistrate Judge's findings and recommendations regarding Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing:

　　　　IT IS HEREBY ORDERED that Defendants have until August 17, 2008, to file their objections.

　　　　IT IS SO ORDERED.

　　　　Dated:　**July 21, 2008**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE