IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN RANSOM,**<br><br>            Plaintiffs,<br><br>     v.<br><br>**M. JOHNSON, et al.,**<br><br>            Defendants. | Case No.: 1:05-cv-00086-OWW-GSA PC<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. 151)** |

Defendants' second request for an extension of time to file objections to the Magistrate Judge's findings and recommendations regarding Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that Defendants have until **September 2, 2008**, to file their objections.

IT IS SO ORDERED.

Dated:   **August 19, 2008**                    /s/ **Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE