IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | 1:05-cv-00086 OWW GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL, NUNC PRO TUNC TO AUGUST 15, 2008 |
| vs. | |
| M. JOHNSON, et al., | |
| Defendants. | (DOCUMENT #148) |

On August 6, 2008, Defendants filed a motion seeking an extension of time to August 15, 2008, within which to file their opposition to Plaintiff's motion to compel. Defendants filed their opposition on August 15, 2008.

Accordingly, Defendants' motion is GRANTED nunc pro tunc to August 15, 2008.

IT IS SO ORDERED.

Dated:   **August 19, 2008**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE