IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM,<br><br>             Plaintiffs,<br><br>     v.<br><br>M. JOHNSON, et al.,<br><br>             Defendants. | Case No.: 1:05-cv-00086-OWW-GSA PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**<br><br>(Doc. 149) |

Defendants' first request for an extension of time to serve responses to Plaintiff Ransom's discovery requests was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that Defendants have until August 31, 2008, to serve their responses.

IT IS SO ORDERED.

Dated:   **August 19, 2008**          /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE