IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM,<br><br>            Plaintiff,<br><br>       vs.<br><br>M. JOHNSON, et al.,<br><br>            Defendants.<br>_____/ | 1:05-cv-00086-OWW-GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL<br><br>(DOCUMENT #162) |

Defendants' first motion for an extension of time to serve a response to Plaintiff's motion to compel further discovery was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that Defendants have until October 1, 2008, to serve their response.

IT IS SO ORDERED.

Dated:   **October 1, 2008**           **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE