IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN RANSOM,**<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**M. JOHNSON, et al.,**<br><br>　　　　　　Defendants. | Case No.: 1:05-cv-00086-OWW-GSA PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**<br><br>(Doc. 165) |

　　　Defendants' second request for an extension of time to serve a response to Plaintiff Ransom's motion to compel further discovery was considered by this Court, and good cause appearing:

　　　IT IS HEREBY ORDERED that Defendants have until October 15, 2008, to serve their response.

　　　IT IS SO ORDERED.

　　　Dated: __October 2, 2008__　　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE