IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>M. JOHNSON, et al.,<br><br>　　　　　Defendants. | No. CV-F-05-086 OWW/GSA PC<br><br>MEMORANDUM DECISION AND ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 141) AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 90) |

　　　On June 18, 2008, the United States Magistrate Judge filed Findings and Recommendation that Plaintiff's motion for summary judgment be granted in part and denied in part.

　　　On July 7, 2008, Plaintiff timely filed objections to the Findings and Recommendation.

　　　The Court has reviewed the record *de novo*. Plaintiff's objections do not establish that Plaintiff is entitled to summary judgment on the claims addressed in his objections. The Court concurs with the Findings and Recommendation and adopts them.

　　　For the reasons stated in the Findings and Recommendation

and in this Memorandum Decision and Order:

    1.  Plaintiff's motion for summary judgment, (Doc. 90), is GRANTED IN PART AND DENIED IN PART;

    2.  The action is remanded to the United States Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 9, 2008                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE