1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   BRYAN E. RANSOM,                    1:05-cv-00086-OWW-GSA (PC)

12           Plaintiff,                  ORDER GRANTING DEFENDANTS'
                                         MOTIONS FOR EXTENSIONS OF TIME
13       vs.                             TO FILE A DISPOSITIVE MOTION AND
                                         AN OPPOSITION TO PLAINTIFF'S
14   M. JOHNSON, et al.,                 SECOND MOTION FOR SUMMARY
                                         JUDGMENT
15           Defendants.
                                         (Docs. 181 and 182)
16
                                         THIRTY-DAY DEADLINE
17   _____/

18          On February 2, 2009, Defendants files motions seeking extensions of time to file a

19   dispositive motion and an opposition to Plaintiff's motion for summary judgment.

20          Defendants' motions are HEREBY GRANTED, and Defendants have **thirty (30) days**

21   from the date of service of this order within which to file a pretrial dispositive motion and an

22   opposition to Plaintiff's motion for summary judgment.

23

24       IT IS SO ORDERED.

25   **Dated:    February 6, 2009**          _____/s/ **Gary S. Austin**_____
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28