# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. JOHNSON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00086-OWW-GSA PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION BE DENIED<br><br>(Doc. 159)<br><br>OBJECTIONS DUE WITHIN FIFTEEN DAYS |

　　　　Plaintiff Bryan E. Ransom is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 4, 2008, Plaintiff filed a motion seeking a preliminary injunction requiring Defendants Alameida, Diggs, Lankford, L'Etoille, and their successors in office to return Plaintiff to California State Prison-Corcoran. (Doc. 159.)

　　　　Plaintiff was transferred from High Desert State Prison to California State Prison-Corcoran in October of 2008. (Doc. 172.) Accordingly, Plaintiff's motion is moot. Nelson v. Heiss, 271 F.3d 891, 897 (9th Cir. 2001); Dilley v. Gunn, 64 F.3d 1365, 1368 (9th Cir. 1995); Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991). In addition, the Court lacks jurisdiction to order Plaintiff's transfer to or retention in a particular prison because the issuance of such an order does not remedy any of the claims in this action. 18 U.S.C. § 3626(a)(1)(A); City of Los Angeles v. Lyons, 461 U.S. 95, 101, 103 S.Ct. 1660, 1665 (1983); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

///

1

Accordingly, for the foregoing reasons, he Court HEREBY RECOMMENDS that Plaintiff's motion for preliminary injunctive relief, filed September 4, 2008, be DENIED.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fifteen (15) days** after being served with these Findings and Recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **April 13, 2009**      /s/ **Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE