# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:05-cv-00086-OWW-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME, AND RULE 56(F) MOTION FOR CONTINUANCE |
| v. | |
| M. JOHNSON, et al., | (Docs. 189 and 191) |
| Defendants. | Reply and Opposition Due: 0722/09 |

On March 26, 2009, Plaintiff filed a motion seeking an extension of time to file his reply to Defendants' opposition to his motion for summary judgment, and to file his opposition to Defendants' cross-motion for summary judgment. Plaintiff also filed a motion seeking a continuance based on his need for further discovery. Fed. R. Civ. P. 56(f).

In a separate order issued concurrently with this order, the Court issued its ruling on Plaintiff's pending motions to compel and extended the discovery deadline to July 1, 2009. Accordingly, the Court finds there is good cause to HEREBY GRANT Plaintiff's motions, and extend the deadline for Plaintiff to file his reply and opposition to **July 22, 2009**.

IT IS SO ORDERED.

Dated: April 13, 2009        /s/ Gary S. Austin
                             UNITED STATES MAGISTRATE JUDGE

1