# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>          Plaintiff,<br><br>     v.<br><br>M. JOHNSON, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:05-cv-00086-OWW-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. 159) |

Plaintiff Bryan E. Ransom is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 14, 2009, the Magistrate Judge filed a Findings and Recommendations recommending Plaintiff's motion for a preliminary injunction be denied. Objections, if any, were due within fifteen days. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed April 14, 2009, is adopted in full; and

///
///
///

2.  Plaintiff's motion for preliminary injunctive relief, filed September 4, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:   July 6, 2009**                              **/s/ Oliver W. Wanger**
                                                       UNITED STATES DISTRICT JUDGE