# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:05-cv-00086-OWW-GSA PC |
|        Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO FILE THIRTEEN PAGE REPLY, NUNC PRO TUNC TO MAY 14, 2009 |
|   v. | |
| M. JOHNSON, et al., | (Doc. 203) |
|        Defendants. | |
| _____/ | |

      This civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Bryan E. Ransom, a state prisoner proceeding pro se and in forma pauperis. Plaintiff filed a motion for summary judgment on December 19, 2008, and Defendants filed an opposition and cross-motion for summary judgment on March 5, 2009. On April 14, 2009, Plaintiff's motion for an extension of time to file a reply and for a continuance pursuant to Federal Rule of Civil Procedure 56(f) was granted. Plaintiff filed a reply on May 14, 2009, along with a motion seeking leave to exceed ten pages and file thirteen page reply.

      Plaintiff's motion is HEREBY ORDERED GRANTED, nunc pro tunc to May 14, 2009.

      IT IS SO ORDERED.

Dated:   **February 8, 2010**                   **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE