1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    BRYAN E. RANSOM,               CASE NO. 1:05-cv-00086-OWW-GSA PC

10             Plaintiff,       ORDER GRANTING PLAINTIFF'S MOTION
TO FILE THIRTEEN PAGE REPLY, NUNC
11      v.                     PRO TUNC TO MAY 14, 2009

12    M. JOHNSON, et al.,         (Doc. 203)

13            Defendants.

14    _____/

15        This civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Bryan E. Ransom, a

16   state prisoner proceeding pro se and in forma pauperis.  Plaintiff filed a motion for summary

17   judgment on December 19, 2008, and Defendants filed an opposition and cross-motion for summary

18   judgment on March 5, 2009.  On April 14, 2009, Plaintiff's motion for an extension of time to file

19   a reply and for a continuance pursuant to Federal Rule of Civil Procedure 56(f) was granted.

20   Plaintiff filed a reply on May 14, 2009, along with a motion seeking leave to exceed ten pages and

21   file thirteen page reply.

22        Plaintiff's motion is HEREBY ORDERED GRANTED, nunc pro tunc to May 14, 2009.

23
24
25    IT IS SO ORDERED.

26    **Dated:**   **February 8, 2010**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE
27
28