# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM,<br><br>    Plaintiff,<br><br>    vs.<br><br>M. JOHNSON, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-00086-OWW-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO PAY THE $150.00 FILING FEE IN FULL WITHIN TWENTY DAYS, OR THIS CASE WILL BE DISMISSED WITHOUT FURTHER NOTICE<br><br>TWENTY DAY DEADLINE |

      Bryan Ransom ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2010, the Court entered an order revoking Plaintiff's in forma pauperis status and ordering him to pay the filing fee in full within thirty days. (Doc. 243.) On October 1, 2010, Plaintiff filed a motion for reconsideration which was denied. (Docs. 247, 249.) On November 12, 2010, Plaintiff appealed the Court's order to the Ninth Circuit. (Doc. 250.) On March 17, 2011, the Ninth Circuit dismissed Plaintiff's appeal. (Doc. 256.) Plaintiff is now required to pay the filing fee for this action, or this case will be dismissed.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff is required to pay the $150.00 filing fee in full for this action within twenty days of the date of service of this order, or this case will be dismissed without further notice.

IT IS SO ORDERED.

**Dated:  March 23, 2011**                 /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE