IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM, | 1:05-cv-00086-OWW-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| M. JOHNSON, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Bryan Ransom ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2010, pursuant to 28 U.S.C. § 1915(g), the Court granted Defendants' motion to revoke Plaintiff's in forma pauperis status and ordered Plaintiff to pay the $150.00 filing fee for this action in full within thirty days. (Doc. 243.) Plaintiff requested reconsideration of the order, which was denied, and filed an appeal at the Ninth Circuit Court of Appeals, which was dismissed. (Docs. 247, 249, 250, 256.) On March 25, 2011, the undersigned ordered Plaintiff to pay the filing fee within twenty days, or this case would be dismissed without further notice. (Doc. 257.) More than twenty days have passed, and Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on Plaintiff's failure to obey the Court's order to pay the $150.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

**Dated:   April 22, 2011**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE